

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00048-CR

Jerry Louis **ZULAICA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-CR-10438
Honorable Philip A. Kazen, Jr., Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ALVAREZ, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

Michael S. Raign's motion to withdraw as counsel is GRANTED.

SIGNED January 30, 2019.

Liza A. Rodriguez, Justice